[No. 12967-5-III.    Division Three.    April 18, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN R. PROVO, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 92-1-00392-0, Carol A. Wardell, J., entered Janu-

ary 6, 1993. *Reversed* by unpublished opinion per Grosse, J., concurred in by Thompson, C.J., and Munson, J.